UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

EDMUND DISTEFANO,
an individual,

    Plaintiff,

v.                                  Case No.:    2:21-cv-00152-JES-NPM

ESTERO COUNTRY CLUB, INC.,
a Florida Corporation,

    Defendants.

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was held on April 15, 2022, and the results of the conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    __X__ All individual parties and their respective trial counsel.
    __X__ Designated corporate representatives.
    _____ Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

(c) The outcome of the mediation conference was:

    __X__ **The case has been completely settled.** In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

   **_____  The case has been partially resolved** and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days.  The following issues remain for this Court to resolve:

_____


   **_____  The mediation has been continued to:** (list date and time:)

_____

  (Requires Court approval.)

   **_____  The parties have reached an impasse**.

Done this 15th day of April, 2022.

              /s/ Marquis W. Heilig
            Marquis W. Heilig
            Mediator
            Florida Bar No.:  0029007
            Mediator No.: 38917 R
            Heilig & Associates, P.A.
            P.O. Box 10786
            Tampa, FL 33679

            Mark@HeiligandAssociates.com


Copies furnished to:
Counsel/Parties of Record