```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

EDMUND DISTEFANO, an
individual,

      Plaintiff,

v.                                      Case No:   2:21-cv-152-JES-NPM

ESTERO COUNTRY CLUB, INC.,
a Florida Corporation,

      Defendant.
_____

## ORDER

    This matter comes before the Court on the Mediator's Report (Doc. #21), filed on April 15, 2022.  The Mediator indicates that the matter has been completely resolved and that all parties were present for the mediation.

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the case is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **THIRTY (30) DAYS** of the date hereof, to submit a stipulated form of final order or judgment **or** request an extension of time should they so choose, **or** for any party to move to reopen the action, *upon good cause being shown*.  After that **THIRTY (30) DAY** period, however, without further notice or order, this dismissal shall be deemed *with prejudice* and judgment will be entered.  The Clerk is **directed** to terminate any previously scheduled deadlines and

pending motions, and administratively close the case pending further Order.

**DONE and ORDERED** at Fort Myers, Florida, this ___18th___ day of April 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record